B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **BioNitrogen Holdings, Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FKA Hidenet Securities Architectures, Inc.; DBA BioNitrogen Corp.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **22-3061278** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **8300 NW 53 Street Suite 350 Miami, FL** ZIP Code **33166** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BioNitrogen Holdings, Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **BioNitrogen Holdings, Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Jacqueline Calderin, Esq.**
Signature of Attorney for Debtor(s)

**Jacqueline Calderin, Esq. 134414**
Printed Name of Attorney for Debtor(s)

**Ehrenstein Charbonneau Calderin**
Firm Name

**501 Brickell Key Dr**
**Suite 300**
**Miami, FL 33131**

Address

**305-722-2002  Fax: 305-722-2001**
Telephone Number

**November  3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carlos A. Contreras**
Signature of Authorized Individual

**Carlos A. Contreras**
Printed Name of Authorized Individual

**Chairman and Chief Executive Officer**
Title of Authorized Individual

**November  3, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **BioNitrogen Holdings, Corp.**  ,  Case No. _____
                                                            Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **4A Technologies, LLC** | **Affiliate** | **11/03/15** |
| **BIO-SNG Technologies International Corp.** | **Wholly owned subsidiary** | **11/03/15** |
| **BioNitrogen Florida Holdings, LLC** | **Affiliate** | **11/03/15** |
| **BioNitrogen Plant FL Hendry, LLC** | **Affiliate** | **11/03/15** |
| **BioNitrogen Plant FL Taylor, LLC** | **Affiliate** | **11/03/15** |
| **Hendry BN Construction & Fertilizer Services, LLC** | **Affiliate** | **11/03/15** |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Florida

In re **BioNitrogen Holdings, Corp.**
Debtor(s)

Case No.
Chapter **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **1015979**.

2. The following financial data is the latest available information and refers to the debtor's condition on **November 3, 2015**.

    a. Total assets    $ **Unknown**

    b. Total debts (including debts listed in 2.c., below)    $ **3,503,408.35**

    c. Debt securities held by more than 500 holders:

    Approximate number of holders:

    | | | | | | Amount | Holders |
    |---|---|---|---|---|---|---|
    | secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |

    d. Number of shares of preferred stock    10,000,000    15

    e. Number of shares common stock    447,997,709    330

    Comments, if any:
    **Stock information as of October 30, 2015.**

3. Brief description of Debtor's business:
    **BioNitrogen is a cleantech company that utilizes patented and proprietary technology to transform residual agricultural waste and other biomass materials into high quality bulk urea for sale to agricultural wholesalers and retailers.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Winston Wren - 6%**
    **Russel Backus - 5%**
    **JMM Trading - 5%**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Florida

In re   **BioNitrogen Holdings, Corp.**                              Case No.
                                    Debtor(s)                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adam Friedman Associates, LLC**<br>**28 West 44th Street**<br>**New York, NY 10036** | **Adam Friedman Associates, LLC**<br>**28 West 44th Street**<br>**New York, NY 10036** | **Advisory Services** | | 110,384.36 |
| **Annon Consulting, Inc.**<br>**c/o Cahen Law, P.A.**<br>**1900 Glades Road, Suite 355**<br>**Boca Raton, FL 33431** | **Annon Consulting, Inc.**<br>**c/o Cahen Law, P.A.**<br>**1900 Glades Road, Suite 355**<br>**Boca Raton, FL 33431** | **Final Judgment** | **Unliquidated Disputed** | **1,406,707.12** |
| **Baker & O'Brien**<br>**12001 N. Central Expressway**<br>**Suite 1200**<br>**Dallas, TX 75243** | **Baker & O'Brien**<br>**12001 N. Central Expressway**<br>**Suite 1200**<br>**Dallas, TX 75243** | **Engineering Services** | | 115,612.49 |
| **BGroup, LLC**<br>**400 S. Ocean Blvd. #405**<br>**Palm Beach, FL 33480** | **BGroup, LLC**<br>**400 S. Ocean Blvd. #405**<br>**Palm Beach, FL 33480** | **Trade Debt.** | | 140,985.31 |
| **Broad & Cassel**<br>**390 North Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | **Broad & Cassel**<br>**390 North Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | **Legal Services** | | 50,668.04 |
| **Carlos Contreras**<br>**1045 Ibis Avenue**<br>**Miami, FL 33166** | **Carlos Contreras**<br>**1045 Ibis Avenue**<br>**Miami, FL 33166** | **Wages** | | 114,491.06 |
| **DCR Network, LLC**<br>**5220 NW 72 Avenue**<br>**Suite 11**<br>**Miami, FL 33166** | **DCR Network, LLC**<br>**5220 NW 72 Avenue**<br>**Suite 11**<br>**Miami, FL 33166** | **Consulting Services** | | 50,000.00 |
| **Ernesto Iznaga**<br>**147 Key Lane**<br>**Jupiter, FL 33477** | **Ernesto Iznaga**<br>**147 Key Lane**<br>**Jupiter, FL 33477** | **Wages** | | 86,750.00 |
| **Gene Hudson Partners Inc.**<br>**71 Humbervale Boulevard**<br>**Etobicoke, Ontario, Canada M8Y 3P5** | **Gene Hudson Partners Inc.**<br>**71 Humbervale Boulevard**<br>**Etobicoke, Ontario, Canada** | **Financial Consulting Services** | | 230,000.00 |
| **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Payroll taxes** | | 124,318.02 |

B4 (Official Form 4) (12/07) - Cont.

In re **BioNitrogen Holdings, Corp.**     Case No. _____

            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kaufman Rossin & Co<br>2699 S. Bayshore Drive<br>Miami, FL 33133 | Kaufman Rossin & Co<br>2699 S. Bayshore Drive<br>Miami, FL 33133 | Accounting Services | | 73,594.00 |
| Kimley-Horn and Associates, Inc.<br>PO Box 932520<br>Atlanta, GA 31193-2520 | Kimley-Horn and Associates, Inc.<br>PO Box 932520<br>Atlanta, GA 31193-2520 | Engineering Services | | 58,238.25 |
| Lucas Granillo Ocampo<br>Av. Del Libertador 498, 23 Piso<br>Ciudad de Buenos Aires<br>Argentina<br>Argentina | Lucas Granillo Ocampo<br>Av. Del Libertador 498, 23 Piso<br>Ciudad de Buenos Aires<br>Argentina | Legal Services | | 110,815.00 |
| NABUCCO Consulting<br>400 S Ocean Blvd., #405<br>Palm Beach, FL 33480 | NABUCCO Consulting<br>400 S Ocean Blvd., #405<br>Palm Beach, FL 33480 | Financial Services | | 50,000.00 |
| Pentant, LLC<br>1055 Washington Blvd<br>First Floor Stamford<br>Stamford, CT 06901 | Pentant, LLC<br>1055 Washington Blvd<br>First Floor Stamford<br>Stamford, CT 06901 | Consulting Services | | 58,700.00 |
| Polsinelli<br>100 South Fourth Street<br>Suite 1000<br>Saint Louis, MO 63102 | Polsinelli<br>100 South Fourth Street<br>Suite 1000<br>Saint Louis, MO 63102 | Legal Services | | 132,765.25 |
| Renew Energy<br>KULLINGGADE 31E<br>DK-5700 SVENDBORG<br>Denmark | Renew Energy<br>KULLINGGADE 31E<br>DK-5700 SVENDBORG | Energy Consulting Services | | 59,190.36 |
| Ron Fussman<br>Olympic 1401 Elm Associates, LLC<br>1505 Federal Street<br>Dallas, TX 75201 | Ron Fussman<br>Olympic 1401 Elm Associates, LLC<br>1505 Federal Street<br>Dallas, TX 75201 | Trade Debt. | | 123,965.09 |
| The Xavier Group<br>PO Box 970498<br>Pompano Beach, FL 33097 | The Xavier Group<br>PO Box 970498<br>Pompano Beach, FL 33097 | Compliance Advisory Services | | 67,648.63 |
| Todojama, LLC<br>1281 Meadow Lark Ave.<br>Miami, FL 33166 | Todojama, LLC<br>1281 Meadow Lark Ave.<br>Miami, FL 33166 | Consulting Services | | 73,750.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **BioNitrogen Holdings, Corp.** _____      Case No. _____
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chairman and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 3, 2015** _____      Signature  **/s/ Carlos A. Contreras** _____
                                                                                       **Carlos A. Contreras**
                                                                                  **Chairman and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

?? Co-Defendants?

Adam Friedman Associates, LLC
28 West 44th Street
New York, NY 10036

AFS/IBEX
PO Box 650786
Dallas, TX 75265-0786

Allister Batchen
PO Box 2057
Jupiter, FL 33468

AMCREF Communtiy Capital, LLC
4118 Magazine Street
New Orleans, LA 70115

Annon Consulting, Inc.
c/o Cahen Law, P.A.
1900 Glades Road, Suite 355
Boca Raton, FL 33431

Baker & O'Brien
12001 N. Central Expressway
Suite 1200
Dallas, TX 75243

BGroup, LLC
400 S. Ocean Blvd. #405
Palm Beach, FL 33480

Broad & Cassel
390 North Orange Avenue
Suite 1400
Orlando, FL 32801

Broadridge ICS
PO Box 416423
Boston, MA 02241

Carlos Contreras
1045 Ibis Avenue
Miami, FL 33166

Carr, Riggs & Ingram, LLC
1713 Mahan Drive
Tallahassee, FL 32308


Comcast
PO Box 105184
Atlanta, GA 30348-5184


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


DCR Network, LLC
5220 NW 72 Avenue
Suite 11
Miami, FL 33166


Devine Goodman Rasco, PA
2800 Ponce De Leon Blvd.
#1400
Miami, FL 33134


DEX Imaging
PO Box 17299
Clearwater, FL 33762


Discount EDGAR
125 Wolf Road, Suite 315
Albany, NY 12205


Ernesto Iznaga
147 Key Lane
Jupiter, FL 33477


Federal Express
PO Box 660481
Dallas, TX 75266-0481


Florida Departement of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0110


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Focused Accounting Solutions  
289 Berenger Walk  
Wellington, FL 33414


Frederick M. Lehrer, PA  
Frederick M. Lehrer, Esq.  
285 Uptown Rd, 402  
Altamonte Springs, FL 32701


Fredy Pedroza  
3970 NW 177 Street  
Opa Locka, FL 33055


Gable Gotwals  
1100 ONEOK Plaza  
100 West 5th Street  
Tulsa, OK 74103-4217


Gene Hudson Partners Inc.  
71 Humbervale Boulevard  
Etobicoke, Ontario, Canada  
M8Y 3P5


Glenn's Greenery  
10900 SW 48th Street  
Fort Lauderdale, FL 33328


Holland & Knight  
PO Box 884084  
Orlando, FL 32886


Honorable Anne M. Gannon, CFC  
Palm Beach County Tax Collector  
PO Box 3715  
West Palm Beach, FL 33402-3715


Internal Revenue Service  
PO Box 21126  
Philadelphia, PA 19114


Internal Revenue Service  
7850 SW 6 Court  
Mail Stop 5730  
Fort Lauderdale, FL 33324

```
J. Steven Southwell, PA
PO Box 1748
Wauchula, FL 33873


Jackson & Jackson
111 Founders Drive, Suite 400
Baton Rouge, LA 70810


James Clavijo
792 West Drive #1201
Miami Beach, FL 33141


Kaufman Rossin & Co
2699 S. Bayshore Drive
Miami, FL 33133


Kimley-Horn and Associates, Inc.
PO Box 932520
Atlanta, GA 31193-2520


Legal & Compliance, LLC
330 Clematis Street #217
West Palm Beach, FL 33401


Lesley Hollenbeck
4122 Parkside Drive
Jupiter, FL 33458


Lucas Granillo Ocampo
Av. Del Libertador 498, 23 Piso
Ciudad de Buenos Aires
Argentina
Argentina


Mallah Furman, CPA
Joe S. Berkovits
6700 Andrews Avenue, Suite 404
Fort Lauderdale, FL 33309


Marlins Business Bank
PO Box 13604
Philadelphia, PA 19101-3604
```

```
Miami Dade County Tax Collector
140 W. Flagler St
#1403
Miami, FL 33130-1561


Microsoft


NABUCCO Consulting
400 S Ocean Blvd., #405
Palm Beach, FL 33480


New Jersey Division of Revenue
Attn: Annual Report Review Unit
PO Box 302
Trenton, NJ 08646


Office Max
PO Box 101705
Atlanta, GA 30392-1705


Old Monmouth Stock Transfer Co., Inc.
200 Memorial Pkwy
Atlantic Highlands, NJ 07716


Paychex TPS
301 N. Cattlemen Road, Suite 205
Sarasota, FL 34232


PC LAN Techs
325 S. Olive Ave.
West Palm Beach, FL 33401


Pentant, LLC
1055 Washington Blvd
First Floor Stamford
Stamford, CT 06901


Polsinelli
100 South Fourth Street
Suite 1000
Saint Louis, MO 63102
```

Premium Assignment Corporation
PO Box 3522
3522 Thomasville Road
Tallahassee, FL 32314


Renew Energy
KULLINGGADE 31E
DK-5700 SVENDBORG
Denmark


Robert Friedman
Olympic 1401 Elm Associates, LLC
1505 Federal Street
Dallas, TX 75201


Ron Fussman
Olympic 1401 Elm Associates, LLC
1505 Federal Street
Dallas, TX 75201


Smart Choice, CPA
Jorge Coto
3721 SW 133 Place
Miami, FL 33175


The Xavier Group
PO Box 970498
Pompano Beach, FL 33097


Todojama, LLC
1281 Meadow Lark Ave.
Miami, FL 33166


U.S. Securities and Exchange Commission
100 F Street
Washington, DC 20549


U.S. Securities and Exchange Commission
Miami Regional Office
801 Brickell Avenue, Suite 1800
Atten: Eric I. Bustillo, Regio
Miami, FL 33131

```
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


Wolin Associates
420 S. Marion Pkwy Suite 1402
Denver, CO 80209
```

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**BioNitrogen Holdings, Corp.**

Case Number
Chapter **11**

Debtor(s)  /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

- [ ] Application by Individual Debtor to Pay Filing Fee in Installments
- [✓] Voluntary petition signed by me on  **November 3, 2015**
- [ ] Schedules signed by me on
- [ ] Statement of Financial Affairs signed by me on
- [ ] Statement of Social Security Number(s) signed by me on
- [ ] Statement of *Current Monthly Income (OBF 22)* signed by me on
- [ ] Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- [ ] Amended voluntary petition signed by me on
- [ ] Amended schedules signed by me on
- [ ] Amended Statement of Financial Affairs signed by me on
- [ ] Amended Statement of Social Security Number(s) signed by me on
- [ ] Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, **Carlos A. Contreras**, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

**Signature of Debtor**
(If non individual, authorized corporate representative)

**Signature of Joint Debtor (if applicable)**

Carlos A. Contreras
**Print or Type Name (and title if applicable)**

**Print Name**

Jacqueline Calderin, Esq. 134414
**Print or Type Name of Attorney for Debtor**

305-722-2002
**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy