B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Florida

In re **BioNitrogen Holdings, Corp.**                      Case No.
                                    Debtor(s)              Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adam Friedman Associates, LLC<br>28 West 44th Street<br>New York, NY 10036 | Adam Friedman Associates, LLC<br>28 West 44th Street<br>New York, NY 10036 | Advisory Services | | 110,384.36 |
| Annon Consulting, Inc.<br>c/o Cahen Law, P.A.<br>1900 Glades Road, Suite 355<br>Boca Raton, FL 33431 | Annon Consulting, Inc.<br>c/o Cahen Law, P.A.<br>1900 Glades Road, Suite 355<br>Boca Raton, FL 33431 | Final Judgment | Unliquidated Disputed | 1,406,707.12 |
| Baker & O'Brien<br>12001 N. Central Expressway<br>Suite 1200<br>Dallas, TX 75243 | Baker & O'Brien<br>12001 N. Central Expressway<br>Suite 1200<br>Dallas, TX 75243 | Engineering Services | | 115,612.49 |
| BGroup, LLC<br>400 S. Ocean Blvd. #405<br>Palm Beach, FL 33480 | BGroup, LLC<br>400 S. Ocean Blvd. #405<br>Palm Beach, FL 33480 | Trade Debt. | | 140,985.31 |
| Broad & Cassel<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Broad & Cassel<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Legal Services | | 50,668.04 |
| Carlos Contreras<br>1045 Ibis Avenue<br>Miami, FL 33166 | Carlos Contreras<br>1045 Ibis Avenue<br>Miami, FL 33166 | Wages | | 114,491.06 |
| DCR Network, LLC<br>5220 NW 72 Avenue<br>Suite 11<br>Miami, FL 33166 | DCR Network, LLC<br>5220 NW 72 Avenue<br>Suite 11<br>Miami, FL 33166 | Consulting Services | | 50,000.00 |
| Ernesto Iznaga<br>147 Key Lane<br>Jupiter, FL 33477 | Ernesto Iznaga<br>147 Key Lane<br>Jupiter, FL 33477 | Wages | | 86,750.00 |
| Gene Hudson Partners Inc.<br>71 Humbervale Boulevard<br>Etobicoke, Ontario, Canada<br>M8Y 3P5 | Gene Hudson Partners Inc.<br>71 Humbervale Boulevard<br>Etobicoke, Ontario, Canada | Financial Consulting Services | | 230,000.00 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Payroll taxes | | 124,318.02 |

B4 (Official Form 4) (12/07) - Cont.

In re  **BioNitrogen Holdings, Corp.**            Case No. _____
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kaufman Rossin & Co<br>2699 S. Bayshore Drive<br>Miami, FL 33133 | Kaufman Rossin & Co<br>2699 S. Bayshore Drive<br>Miami, FL 33133 | Accounting Services | | 73,594.00 |
| Kimley-Horn and Associates, Inc.<br>PO Box 932520<br>Atlanta, GA 31193-2520 | Kimley-Horn and Associates, Inc.<br>PO Box 932520<br>Atlanta, GA 31193-2520 | Engineering Services | | 58,238.25 |
| Lucas Granillo Ocampo<br>Av. Del Libertador 498, 23 Piso<br>Ciudad de Buenos Aires<br>Argentina<br>Argentina | Lucas Granillo Ocampo<br>Av. Del Libertador 498, 23 Piso<br>Ciudad de Buenos Aires<br>Argentina | Legal Services | | 110,815.00 |
| NABUCCO Consulting<br>400 S Ocean Blvd., #405<br>Palm Beach, FL 33480 | NABUCCO Consulting<br>400 S Ocean Blvd., #405<br>Palm Beach, FL 33480 | Financial Services | | 50,000.00 |
| Pentant, LLC<br>1055 Washington Blvd<br>First Floor Stamford<br>Stamford, CT 06901 | Pentant, LLC<br>1055 Washington Blvd<br>First Floor Stamford<br>Stamford, CT 06901 | Consulting Services | | 58,700.00 |
| Polsinelli<br>100 South Fourth Street<br>Suite 1000<br>Saint Louis, MO 63102 | Polsinelli<br>100 South Fourth Street<br>Suite 1000<br>Saint Louis, MO 63102 | Legal Services | | 132,765.25 |
| Renew Energy<br>KULLINGGADE 31E<br>DK-5700 SVENDBORG<br>Denmark | Renew Energy<br>KULLINGGADE 31E<br>DK-5700 SVENDBORG | Energy Consulting Services | | 59,190.36 |
| Ron Fussman<br>Olympic 1401 Elm Associates, LLC<br>1505 Federal Street<br>Dallas, TX 75201 | Ron Fussman<br>Olympic 1401 Elm Associates, LLC<br>1505 Federal Street<br>Dallas, TX 75201 | Trade Debt. | | 123,965.09 |
| The Xavier Group<br>PO Box 970498<br>Pompano Beach, FL 33097 | The Xavier Group<br>PO Box 970498<br>Pompano Beach, FL 33097 | Compliance Advisory Services | | 67,648.63 |
| Todojama, LLC<br>1281 Meadow Lark Ave.<br>Miami, FL 33166 | Todojama, LLC<br>1281 Meadow Lark Ave.<br>Miami, FL 33166 | Consulting Services | | 73,750.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **BioNitrogen Holdings, Corp.**  _____   Case No.   _____
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chairman and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 3, 2015**  _____   Signature   **/s/ Carlos A. Contreras**  _____
                                                                                     **Carlos A. Contreras**
                                                                                    **Chairman and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.