

**ORDERED in the Southern District of Florida on November 5, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

BIONITROGEN HOLDINGS, CORP., et. al.          Chapter 11

                                                                                            Case No.: 15-29505-BKC-RAM
                                                                                            Case No.: 15-29507-BKC-RAM
Case No.: 15-29509-BKC-RAM
Case No.: 15-29511-BKC-RAM
Case No.: 15-29512-BKC-RAM
Case No.: 15-29513-BKC-RAM
Case No.: 15-29515-BKC-RAM

(jointly administered)

      Debtors.               /

**ORDER GRANTING *EX PARTE***
**MOTION FOR ORDER AUTHORIZING AND DIRECTING**
**THE JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

**THIS MATTER** came before the Court upon the *Ex Parte Motion for Order Authorizing and Directing the Joint Administration of Related Chapter 11 Cases* (the "Motion") [ECF # 5]

filed by the Debtor.[1]  The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtor and its Affiliated Debtors. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2) and 9013-1(C)(14) the Court is authorized to grant the Motion without a hearing; and (v) good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, the Court **ORDERS and ADJUDGES**:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy cases are hereby jointly administered for procedural purposes only under the Lead Case, Case No. 15-29505-BKC-RAM, designed as the "Lead Case".

3. The style of these jointly administered cases shall be in the style set forth below:

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

*In re:*

BIONITROGEN HOLDINGS, CORP., et. al.                Chapter 11

                                                         Case No.: 15-29505-BKC-RAM
                                                         Case No.: 15-29507-BKC-RAM
                                                         Case No.: 15-29509-BKC-RAM
                                                         Case No.: 15-29511-BKC-RAM
                                                         Case No.: 15-29512-BKC-RAM
                                                         Case No.: 15-29513-BKC-RAM
                                                         Case No.: 15-29515-BKC-RAM

                                                         (Jointly Administered)

     Debtors.                                 /

---

[1] Any and all capitalized terms not expressly defined herein shall bear the meaning ascribed to them in the Motion.

2

4. One disclosure statement and plan of reorganization may be (but is not required to be) filed for all of the above-listed cases by any plan proponent.

5. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

6. One consolidated docket, one creditor matrix, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

7. Parties may request joint hearings on matters pending in any of the jointly administered cases.

# # #

Submitted by:
Nicole Grimal Helmstetter, Esq.
ngh@ecclegal.com
Ehrenstein Charbonneau Calderin
Proposed Attorneys for Debtors in Possession
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

Copies to:
Nicole Grimal Helmstetter shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.