**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

BIONITROGEN HOLDINGS, CORP., et. al.        Chapter 11

        Case No.: 15-29505-BKC-RAM
        Case No.: 15-29507-BKC-RAM
        Case No.: 15-29509-BKC-RAM
        Case No.: 15-29511-BKC-RAM
        Case No.: 15-29512-BKC-RAM
        Case No.: 15-29513-BKC-RAM
        Case No.: 15-29515-BKC-RAM

        (Jointly Administered)

    Debtors.                    /

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the jointly administered Debtors-in-Possession, BIONITROGEN HOLDINGS, CORP., (the "BION") BIO-SNG TECHNOLOGIES INTERNATIONAL CORP., 4A TECHNOLOGIES, LLC., BIONITROGEN PLANT FL HENDRY, LLC., HENDRY BN CONSTRUCTION & FERTILIZER SERVICES, LLC., BIONITROGEN FLORIDA HOLDINGS, LLC. AND BIONITROGEN PLANT FL TAYLOR, LLC (collectively, the "Joint Debtors"), by and through undersigned proposed counsel,[1] file this *Consolidated Chapter 11 Case Management Summary* and states:

**The following data represents approximations for background information only and the information may represent the Debtor's best estimate as of the date herein.**

1.    **Date of filing of petition**: On Tuesday, November 3, 2015 (the "Petition Date"), BION filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code initiating the above captioned case. On the same date, six (6) other wholly owned affiliated entities also filed

---

[1] The Joint Debtors filed their *Application for Approval, on Interim and Final Basis, of Employment of Robert Charbonneau Esq. and the Law Firm of Ehrenstein Charbonneau Calderin as Attorneys for the Debtor in Possession Nunc Pro Tunc to the Petition Date*. [ECF# 10].

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

for Chapter 11 relief.  As of November 5, 2015, all cases are being jointly administered, pursuant to this Court's *Order Granting Ex-Parte Motion for Order Authorizing and Directing the Joint Administration of Related Chapter 11 Cases* [ECF# 8].

2. **Names and case numbers of related debtors**:

| Debtor | Case No.: |
|---|---|
| BioNitrogen Holdings, Corp. | 15-29505-RAM |
| BIO-SNG Technologies International Corp. | 15-29507-RAM |
| 4A Technologies, LLC | 15-29509-RAM |
| BioNitrogen Plant FL Hendry, LLC | 15-29511-RAM |
| Hendry BN Construction & Fertilizer Services, LLC | 15-29512-RAM |
| BioNitrogen Florida Holdings, LLC | 15-29513-RAM |
| BioNitrogen Plant FL Taylor, LLC | 15-29515-RAM |

3. **Description of Debtor's business**:

BION is a cleantech publicly traded company that owns valuable patented and proprietary technology whose purpose it is to build environmentally friendly plants with the goal of utilizing its technology to convert woody biomass into urea fertilizer.  A white, crystalline solid containing 46% Nitrogen, urea is principally used in the agricultural industry as a crop fertilizer. BION's patented technology innovations have the capabilities to transform residual agricultural waste and other biomass materials into high-quality bulk urea for sale to agricultural wholesalers and retailers. BION's compact footprint plant design can manufacture 520 tons of urea fertilizer per day for a total annual production of approximately 179,400 tons per plant. BION's mission is to provide safe, cost-effective, green technology solutions that are economically beneficial in locations where natural sources of biomass are available and where urea is consumed.  The patented technology described above and referred to herein as the "Intellectual Property".  Currently the Joint Debtors only operations are through BION.  All other entities are inactive.

4. **Locations of debtor's operations and whether the business premises are leased or owned:** The only operating Debtor, BioNitrogen Holdings, Corp., subleases approximately 200 square feet of office space from XOffices, LLC, located at 8300 NW 53 Street, Suite 350, Doral, Florida 33166.

5. **Reasons for filing Chapter 11:**

   a. **Annon Consulting, Inc.**

6. On January 26, 2015, Annon Consulting Inc. ("Annon") initiated litigation in the United States District Court Southern District of Florida (the "District Court") against BION, et. al. (Case No. 1580088-CIV-RYSKAMP/HOPKINS) to collect principal, interest and attorney fees on a loan Annon made to BION for the principal amount of $845,000. The loan was guaranteed by the Joint Debtors and secured by the Intellectual Property and other collateral. On October 21, 2015, the District Court entered a Final Default Judgment against the Joint Debtors in the amount of $1,188,112 plus per diem interest of $741 for each day accrued after April 15, 2015. The District Court ordered the Joint Debtors to assemble the Intellectual Property, produce all documents concerning the Intellectual Property, and enjoined the Joint Debtors from disposing of the Intellectual Property. The District Court further provided Annon the right to dispose of the Intellectual Property or other assets pledged to Annon as collateral for the loan. Accordingly the Joint Debtors were forced to initiate these proceedings seeking Chapter 11 protection.

7. The Joint Debtors believe any efforts to enforce payment obligations are automatically stayed as a result of the Chapter 11 Filings and creditors' rights of enforcement are subject to applicable provisions of the Bankruptcy Code.

3

8. **List of officers and directors, and their salaries and benefits at the time of filing and during the year prior to the filing:**

| Officer/Director | Annual Salary | Benefits at Filing | Benefits for Prior Year |
|---|---|---|---|
| Carlos A. Contreras, Chairman of the Board and CEO | $240,000.00 | None. | None. |
| Ernesto Iznaga V.P. Operations | $193,500.00 | None. | None. |

9. **Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

January 1, 2013 to year ending December 31, 2013:  **$           0** [2]
January 1, 2014 to year ending December 31, 2014:  **$           0** [3]
January 1, 2015 to November 3, 2015:                        **$           0** [4]

10. **Amounts owed to various creditors:**

    a. Obligations owed to priority creditors including priority tax obligations approximately: **$143,520.65.**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

        a. The Joint Debtors are indebted to Annon in the aggregate amount of approximately $1,188,112 plus per diem interest of $741 for each day accrued after April 15, 2015. The Joint Debtors dispute this claim. The loan was guaranteed by the Joint Debtors and is secured by the Intellectual Property and other collateral. The value of the Intellectual Property is unknown at this time.

    c. **Amount of unsecured claims: approximately $1,968,862.56**

11. **General description and approximate value of the Debtor's assets:**

The company, although publicly traded, has minimal operations. The major asset of the company is Intellectual Property composed of a valuable biotech patent that is in the research and development stage. As of the date herein, the Joint Debtors have not conducted an inventory of personal property and do not have sufficient information to ascribe value to their assets at this time. The Joint Debtors are working diligently to

---

[2] Unaudited and estimated.
[3] Unaudited and estimated.
[4] The Debtor has not finalized its financials through the Petition Date.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

compile the data that would enable them to ascertain the value of their assets and Intellectual Property.

12. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires**:

| Debtors | Asset Description | Asset Value |
|---|---|---|
| BioNitrogen Holdings, Corp. | Furniture & office supplies[5] | Approx. $5,000 |
|  | Furniture & office supplies[6] | Approx. $1,000 |
| BIO-SNG Technologies International Corp. | Intellectual Property (patents, patents pending) | Unknown value. |
| 4A Technologies, LLC | $0 | $0 |
| BioNitrogen Plant FL Hendry, LLC | $0 | $0 |
| Hendry BN Construction & Fertilizer Services, LLC | $0 | $0 |
| BioNitrogen Florida Holdings, LLC | $0 | $0 |
| BioNitrogen Plant FL Taylor, LLC | $0 | $0 |

The insurance premiums are current. The next payment on premiums are due as follows:

| Policy# | Type | Payment Amount | Expires |
|---|---|---|---|
| NN578949 | Commercial Liability Coverage Pursuant to Florida Surplus Lines Law | $591.00 | 11/4/2016 |
| 01-156-78-16 | Director's & Officer's Policy | $3,600.00 | 5/9/2016 |

The policies are due for renewal on the dates listed above.

13. **Number of employees and amounts of wages owed as of petition date:** The Debtor has three (3) full time employees paid straight salary. The prior regularly scheduled payroll was October 31, 2015 for the period ending October 31, 2015. Most payroll checks for that period are presently outstanding and pending clearing. Additionally, there are 3 pre-petition days due and payable to employees which will be due in the ordinary course on or around November 15, 2015. The Debtor estimates that the total amount due for the three-day pre-petition period is between $4,000.00- $4,100.00.

---

[5] Located at leased storage unit at 5220 NW 72 Ave. Suite 11, Miami, Florida 33166.
[6] Located at subleased office space at 8300 NW 53 Street, Suite 350, Doral, Florida 33166.

14. **Status of Debtor's payroll and sales tax obligations, if applicable.**

As of the Petition Date, the Debtor owed approximately $__140,000.00 in payroll taxes.

Income taxes are current. There are no sales taxes associated with this business.

15. **Anticipated emergency or expedited relief to be requested within 14 days from the petition date:**

   a. Emergency Application on an Interim and Final Basis to Retain and Employ Jacqueline Calderin, Esq. and the Law Firm of Ehrenstein Charbonneau Calderin as Debtor's Counsel *Nunc Pro Tunc* to Petition Date [ECF# 10];

   b. Emergency Motion to Post-Petition DIP Financing and Allowance of Administrative Claim;

Respectfully submitted:

By: Carlos A. Contreras
Title: Chairman of the Board and CEO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case upon this ____6____ day of November 2015 upon all parties on the attached service list.

> ***I HEREBY CERTIFY*** *that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
***Proposed Counsel for Debtor In Possesion***
501 Brickell Key Drive, Suite 300
Miami, FL 33131
T. 305.722.2002    F. 305.722.2001
www.ecclegal.com

By: _____
Jacqueline Calderin, Esq.
Florida Bar No: 134414
jc@ecclegal.com
Nicole Grimal Helmstetter, Esq.
Florida Bar No.: 86937
ngh@ecclegal.com