United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 15-29505-RAM
BioNitrogen Holdings, Corp.                                     Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-1           User: lebronl            Page 1 of 1           Date Rcvd: Nov 04, 2015
                               Form ID: CGFI2           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2015.
db             +BioNitrogen Holdings, Corp.,   8300 NW 53 Street,   Suite 350,   Miami, FL 33166-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2015 at the address(es) listed below:
              Jacqueline Calderin, Esq.    on behalf of Debtor   BioNitrogen Holdings, Corp. jc@ecclegal.com,
               bankruptcy@ecclegal.com;nsocorro@ecclegal.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2

CGFI2 (12/1/14)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 15–29505–RAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

BioNitrogen Holdings, Corp.
dba BioNitrogen Corp., fka Hidenet Securities Architectures, Inc.
8300 NW 53 Street
Suite 350
Miami, FL 33166
EIN: 22–3061278

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **November 3, 2015**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Schedules of assets and liabilities.** The following schedules were not filed.
**Deadline to correct deficiency: 11/17/15**

**\*\*PLEASE NOTE\*\*** Any schedule and /or statement filed on or after 12/1/2015 **MUST** be filed using the new Offical Bankruptcy Form(s), available at www.uscourts.gov

- Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)
- Official Bankruptcy Form B6A Real Property
- Official Bankruptcy Form B6B Personal Property
- Official Bankruptcy Form B6D Creditors Holding Secured Claims
- Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
- Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims
- Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases
- Official Bankruptcy Form B6H Codebtors Form

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 11/17/15**

- ☐ Declaration not filed
- ☐ Declaration not signed
- ☒ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 11/17/15**

- ☒ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Names and addresses of equity security holders of the debtor** not filed. See Bankruptcy Rule 1007(a)(3).
**Deadline to correct deficiency: 11/17/15**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:**<u>11/4/15</u>                                                                    **CLERK OF COURT**
                                                                                              By:<u> Lorraine Lebron</u> , Deputy Clerk

*Copies to:*    Debtor
                      Attorney for Debtor