UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

*In re:*

BIONITROGEN HOLDINGS, CORP., et. al.          Chapter 11

                                                                                        Case No.: 15-29505-BKC-RAM
                                                                                        Case No.: 15-29507-BKC-RAM
                                                                                        Case No.: 15-29509-BKC-RAM
                                                                                        Case No.: 15-29511-BKC-RAM
                                                                                        Case No.: 15-29512-BKC-RAM
                                                                                        Case No.: 15-29513-BKC-RAM
                                                                                        Case No.: 15-29515-BKC-RAM

                                                                                        (Jointly Administered)

           Debtors.                         /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      John R. Dodd files his appearance in the above-captioned case as counsel for Annon Consulting, Inc. (**"Annon"**), a creditor in this case, and requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that he be served with copies of all notices, pleadings, motions, orders and other documents filed in this case, in order that Annon may appear and be heard on any issue as a party in interest. All such documents should be addressed as follows:

John R. Dodd, Esq.
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Miami, FL 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
E-mail: doddj@gtlaw.com

      This entry of appearance does not constitute a consent to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear

and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Annon is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 10, 2015,            GREENBERG TRAURIG, P.A.
*Counsel for Annon Consulting, Inc.*
333 S.E. 2nd Avenue
Miami, FL 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717


By: /s/ John R. Dodd
     John R. Dodd, Esq.
     Florida Bar No. 38091
     Email: doddj@gtlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

                                                                  /s/ John R. Dodd  
                                                                      John R. Dodd

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    jc@ecclegal.com, bankruptcy@ecclegal.com; nsocorro@ecclegal.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com; bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Nicole M Grimal    ng@ecclegal.com, nsocorro@ecclegal.com; bankruptcy@ecclegal.com;ngh@ecf.inforuptcy.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

*MIA 184952933v1*