UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

BIONITROGEN HOLDINGS, CORP.          Chapter 11

Case No.: 15-29505-BKC-RAM
Case No.: 15-29507-BKC-RAM
Case No.: 15-29509-BKC-RAM
Case No.: 15-29511-BKC-RAM
Case No.: 15-29512-BKC-RAM
Case No.: 15-29513-BKC-RAM
Case No.: 15-29515-BKC-RAM

(Jointly Administered)

_____Joint Debtors._____/

## NOTICE OF FILING

BioNitrogen Holdings, Corp (the "Joint Debtors"), by and through their undersigned counsel, files the Executed Affidavit of Disinterestedness and Rule 2016 Disclosures of Proposed Attorney for the Joint Debor-In-Possession as Exhibit "A" to the *Jointly Administered Debtors' Application for Approval, on an Interim and Final Basis, of Employment of Robert Paul Charbonneau, Esq. and Ehrenstein Charbonneau Calderin as General Bankruptcy Counsel for the Joint Debtors-In-Possession, Nunc Pro Tunc to the Petition Date* [ECF# 10].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on November 10, 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

EHRENSTEIN CHARBONNEAU CALDERIN
*Proposed Counsel for Debtor*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

By: _____
    Robert P. Charbonnea, Esq.
    Florida Bar No: 968234
    rpc@ecclegal.com

2

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

BIONITROGEN HOLDINGS, CORP.　　　　　　Case No.: 15-29505-BKC-RAM

　　　Joint Debtors.　　　　　　/　　Chapter 11

## AFFIDAVIT[1] OF DISINTERESTEDNESS AND RULE 2016 DISCLOSURES OF PROPOSED ATTORNEY FOR JOINT DEBTORS-IN-POSSESSION

STATE OF FLORIDA　　　　　　)
　　　　　　　　　　　　　　　) SS:
COUNTY OF MIAMI-DADE　　　)

**BEFORE ME**, the undersigned authority, personally appeared ROBERT PAUL CHARBONNEAU, in Miami-Dade County, Florida, who after being duly sworn, deposes and says as follows:

1.　Unless otherwise stated, this Declaration is based upon facts of which I have personal knowledge.

2.　I am an attorney admitted to practice in Florida, and the United States District Court for the Southern District of Florida.

3.　I am a shareholder in the Law Firm of EHRENSTEIN CHARBONNEAU CALDERIN ("ECC"), with offices located at 501 Brickell Key Drive, Suite 300, Miami, Florida 33131. I am familiar with the matters set forth in this Affidavit in support of the *Joint Debtors' Application for Approval, on Interim and Final Basis, of Employment of Robert Paul Charbonneau, Esq. and the Law Firm of Ehrenstein Charbonneau Calderin as Attorneys for the Joint Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Application").

---

[1] An executed affidavit will be filed under separate cover on Monday, November 9, 2015.

4.  In preparing this Declaration, I reviewed (i) lists of all of the creditors and interested parties of the Joint Debtors[2] as provided by the Petition; and (ii) results of UCC searches performed in respect of the Joint Debtors. I compared the information obtained with the information contained in our law firm's client and adverse party conflict check index system. The facts stated in this Affidavit as to the relationship between other lawyers in our law firm and the Joint Debtors, the Joint Debtors' creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code are based on the results of my review of our firm's conflict check index system. Specifically, I have caused to be conducted (i) a computer search of our firm's records in respect of all of the names generated by the searches conducted and referenced in this paragraph 4(i) and (ii) and (ii) disseminated a written request for information to all of the attorneys in our firm regarding connections to the Joint Debtors and the creditors of the Joint Debtors. Based upon a search of the firm's records as described above, our firm does not represent any entity in a matter which would constitute a conflict of interest or impair the disinterestedness of ECC as required by Fed. R. Bank. P. 2014.

5.  ECC's client and adverse party conflicts check system is comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of the firm to make and maintain these records. It reflects entries that are noted in the system at the time. The information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

---

[2] All capitalized terms not expressly defined herein shall bear the meaning ascribed to them in the Application.

6. Other than as set forth in this declaration, ECC neither holds nor represents any interest adverse to the Joint Debtors and is a "disinterested person" within the scope and meaning of Section 101 (14) of the Bankruptcy Code.

7. Neither I nor ECC has or will represent any other entity in connection with this case, and neither I nor ECC will accept any fee from any other party or parties in this case, unless otherwise authorized by the Court.

8. ECC is not a creditor of, and asserts no prepetition claim against the Joint Debtors.

9. The professional fees and costs incurred by ECC in the course of its representation of the Joint Debtors in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331 and Fed. R. Bankr. P. 2014 and 2016, except where modified by this Court.

10. ECC was engaged by BION prior to the Petition Date. Pre-petition, BION paid ECC $10,000.00 for legal work performed prior to the Petition Date. As a bankruptcy retainer, BION provided $56,000.00, of which $12,019.00 was used to pay for filing fees. The balance of $43,981.00 remains in trust to be applied to Chapter 11 fees and costs (the "Bankruptcy Retainer"). The Attorneys will apply the Bankruptcy Retainer to its periodic billings subject to interim and final applications for compensation subject to approval by the Court, and if appropriate, Attorneys may make an application for an award of additional compensation. The Joint Debtors, subject to Court approval, shall be responsible for all fees and expenses incurred by the Attorneys.

11. All pre-petition sums, as well as the Bankruptcy Retainer, were funded by Pentant, LLC ("Pentant"), Carlos Contreras, and Mario Beruvides. Messrs. Contreras and

Beruvides are member of BION's board of directors, as is Graham Copley, who is a principal in Pentant. The Joint Debtors will file a motion under Section 364(c)(1) for the allowance of an administrative claim in favor of Messrs. Beruvides and Contreras, and Pentant, proportional to their respective funding of the Bankruptcy Retainer.

12. The hourly rates for attorneys at ECC, range from $185.00 to $500.00. My current hourly rate is $495.00. The hourly rates for the para-professionals at ECC range from $90.00 to $195.00. ECC typically adjusts its hourly rates annually on January 1st.

13. Along with BION's case, on November 3, 2015, the following wholly owned subsidiaries filed for Chapter 11 bankruptcy and are also seeking to retain ECC as bankruptcy counsel:

| Joint Debtors | Case No.: |
|---|---|
| BIO-SNG Technologies International Corp. | 15-29507-AJC |
| 4A Technologies, LLC | 15-29509-RAM |
| BioNitrogen Plant FL Hendry, LLC | 15-29511-AJC |
| Hendry BN Construction & Fertilizer Services, LLC | 15-29512-AJC |
| BioNitrogen Florida Holdings, LLC | 15-29513-LMI |
| BioNitrogen Plant FL Taylor, LLC | 15-29515-AJC |

14. There is no agreement of any nature, other than the shareholder agreement of our firm, as to the sharing of any compensation to be paid to the firm. No promises have been received by ECC nor any member, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

15. No attorney in the firm has any other interest, direct or indirect, that may be affected by the proposed representation.

16. Except as forth herein, no attorney in our firm has had or presently has any material connection with the captioned Joint Debtors, the Joint Debtors' creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee (except

as described in the following paragraph), or any person employed in the Office of the United States trustee, on any matters in which the firm is to be engaged, except that I, our law firm, and our attorneys (i) may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved; and (ii) may represent or may have represented certain of the Joint Debtors' creditors in matters unrelated to this case.

17. Neither I nor our firm has or will represent any other entity in connection with these jointly administered cases.

18. My partner, Jacqueline Calderin, is a panel trustee for the United States Trustee Program in the Southern District of Florida, Miami Division. However, neither I nor ECC believe that this relationship with the Office of the United States Trustee creates a conflict of interest or an appearance of impropriety. Based upon a search of the firm's records as described above, our firm does not represent any entity in a matter which would constitute a conflict of interest or impair the disinterestedness of ECC.

19. This concludes my Declaration.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ROBERT PAUL CHARBONNEAU, Esq.
Florida Bar No: 968234

**SWORN TO AND SUBSCRIBED** before me this  10th  day of November 2015.

_____
NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

Jacquelyn Betancourt
Commission # FF 065475
Expires: Oct. 23, 2017
www.AaronNotary.com

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: _____
Commission No. _____
My Commission Expires: _____