UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

BIONITROGEN HOLDINGS, CORP., et al.[1]   Case No.: 15-29505-BKC-RAM
                                                          Case No.: 15-29507-BKC-RAM
                                                          Case No.: 15-29509-BKC-RAM
                                                          Case No.: 15-29511-BKC-RAM
                                                          Case No.: 15-29512-BKC-RAM
                                                          Case No.: 15-29513-BKC-RAM
                                                          Case No.: 15-29515-BKC-RAM
                                                          (Jointly Administered)

      Debtors.                      /          Chapter 11

**DEBTORS' MOTION TO (I) AUTHORIZE THE DEBTORS TO OBTAIN POSTPETITION FINANCING, NUNC PRO TUNC TO THE DATE OF BORROWING, AND (II) GRANTING THE LENDER A SUPERPRIORITY ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. § 364(c)(1)**

BioNitrogen Holdings Corp ("BION") and its above-captioned debtors and debtors in possession (collectively, the "Debtors", and with its non-Debtor affiliate, the "Company"), by and through undersigned proposed counsel,[2] file this motion pursuant to sections 105(a), 361 and 364(c)(1), Rule 4001(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-3 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"), for entry of an order (i) authorizing the Debtors to obtain post-petition financing from Pentant LLC (the "Lender") to fund the Debtors' post-petition legal fees and expenses; (ii) authorizing the Debtors to borrow $1,600.00 to obtain a patent

---

[1] The Debtors include (i) BION, (ii) Bio-SNG Technologies International Corp. ("Bio-SNG"); (iii) 4A Technologies, LLC, (iv) BioNitrogen Plant FL Hendry, LLC, (v) Hendry BN Construction & Fertilizer Services, LLC, (vi) BioNitrogen Florida Holdings, LLC, and (vii) BioNitrogen Plant FL Taylor, LLC. The Debtors' cases are being jointly administered. [ECF #8].

[2] The Debtor filed its *Application for Approval, on Interim and Final Basis, of Employment of Robert Paul Charbonneau, Esq. and the Law Firm of Ehrenstein Charbonneau Calderin as Attorneys for the Debtor in Possession Nunc Pro Tunc to the Petition Date.* [ECF# 10].

certification from the Peoples Republic of China; and (iii) granting the Lender a super priority administrative expense pursuant to section 364(c)(1) of the Bankruptcy Code (the "Motion"), *nunc pro tunc* to the date of borrowing.. In support of the Motion, the Debtors respectfully state:

## BACKGROUND

1. On November 3, 2015 (the "Petition Date"), the above-captioned debtors and debtors in possession each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors are operating their business and managing their affairs as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

### A. The Debtors' Business and Prepetition Indebtedness

3. The Company is a cleantech company that utilizes patented and proprietary technology to transform residual agricultural waste and other biomass materials into high quality bulk urea for sale to agricultural wholesalers and retailers.

4. Prior to the Petition Date, on December 16, 2013, BION, as Borrower, entered into a Secured Loan Agreement with Annon Consulting Inc. ("Annon"), as lender and Agent for a consortium of lenders, in the principal amount of up to $2,500,000 (the "Prepetition Loan Agreement"). Under the terms of the Prepetition Loan Agreement, all outstanding indebtedness owed to Annon bears interest at 30% per annum and 32% per annum upon default. The indebtedness under the Prepetition Loan Agreement was guaranteed by certain of BION's affiliates (collectively, the "Guarantors"), including certain of the Debtors, and is secured by substantially all of BION's assets and by Bio-SNG's 100% membership interest in its wholly-owned subsidiary, 4A Technologies, LLC (collectively, the "Collateral"). The intellectual property pertaining to the Company's proprietary technologies are owned by 4A Technologies, LLC.

5.     Prior to the Petition Date, the Company borrowed $850,000 under the Prepetition Loan Agreement.

B. **Events Precipitating the Chapter 11 Filing**

6.     On January 26, 2015, Annon filed a lawsuit in the United States District Court for the Southern District of Florida (the "District Court"), Case No. 9:15-cv-80088-KLR, against BION and each of the Guarantors to collect principal, interest and attorney fees purportedly owing under the Prepetition Loan.

7.     On October 21, 2015, the District Court entered a Default Final Judgment against the Debtors in the amount of $1,188,112 plus per diem interest of $741 for each day after April 15, 2015. The Court ordered the Company to assemble the Collateral, produce all documents concerning the Collateral, and enjoined the Company from disposing of the Collateral. The Court further provided Annon the right to dispose of the Collateral or other assets pledged to Annon as collateral for the loan. The Debtors have appealed the Default Final Judgement.

8.     As of the Petition Date, the Debtors have minimal operations and no cash flow from which to fund operations and ongoing legal expenses associated with the filing of the chapter 11 cases.

C. **The Proposed Financing**

9.     Prior to the Petition Date, Pentant LLC ("Pentant", or the "Lender"),[3] on behalf of the Debtors, funded the fees and costs associated with the filing of the Debtors' chapter 11 cases in the amount of $10,000[4] (together with $12,019 of actual filing fees[5], the "Prepetition

---

[3] Pentant is an entity co-founded and controlled by Graham Copley, a member of the BION's board of directors.
[4] Debtors' counsel's agreed to cap the prepetition fees and costs at $10,000 notwithstanding that the actual prepetition fees and costs incurred exceeded $10,000, and all amounts in excess of $10,000.00 incurred pre-petition have been waived..
[5] ($1,717.00 per case)

3

Advance"), including legal fees for proposed counsel and filing costs for each of the chapter 11 petitions.

10. In addition, in order to fund ongoing chapter 11 administrative legal fees and expenses of the Debtor, the Lender has agreed to lend an additional $43,981.00. Finally, and in order to protect the Debtors' interest in its intellectual property, Lender advanced $1,600.00 in order to obtain patent certificates in the Peoples Republic of China (the "Postpetition Advances", and together with the Prepetition Advance, the "Advances") on a super priority administrative basis as a retainer for the fees and expenses incurred and to be incurred by proposed counsel for the Debtor, Ehrenstein Charbonneau Calderin ("ECC"), subject in all respects to approval of such fees and expenses by the Court. Debtors' proposed counsel, ECC, is currently holding the proposed Postpetition Advance in the full amount of $43,981 in its trust account. The Advances do not accrue interest and the Debtors intend to repay the Advances in the ordinary course of these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code.

11. Graham Copley, the Debtors' Chief Executive Officer, is a principal and one-half equity holder in Lender. Lender is also a shareholder in the Debtor, owning 6,666,667 shares of BioNitrogen Holdings Corp. common stock.

12. As a condition to lending the Debtors funds to satisfy legal fees and expenses for the Debtors' chapter 11 cases, and to protect the Debtors' intellectual property rights, the Lender is requiring that it be granted a superpriority administrative claim for any funds advanced, including the Prepetition Advances. Given the Debtors' lack of cash flow and the exigent circumstances created by entry of the Default Final Judgment, the Debtors were unable to seek financing from other sources. Nevertheless, the Debtors believe that the terms offered by the Lender are the most favorable terms available to the Debtors where the Debtors have no

unencumbered assets and no cash from which to repay a traditional loan from another institutional source.

## JURISIDCTION

13. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

## RELIEF REQUESTED AND BASIS THEREFOR

14. By this Motion, the Debtors request entry of an order (i) authorizing the Debtors to borrow $43,981.00 from the Lender for the purpose of funding Debtors' counsel administrative legal fees and expenses retainer; (ii) authorizing the Debtors to borrow $1,600.00 to pay patent certificates in the Peoples Republic of China; and (ii) granting the Lender a super priority administrative expense for the full amount of the Advances, including the Prepetition Advance, *nunc pro tunc* to the dates of borrowing.

15. Section 364(c)(1) provides that, if a debtor in possession is unable to obtain credit on an unsecured basis or as an administrative expense, the court, after notice and a hearing, may authorize the obtaining of credit or incurring of debt "with priority over any or all administrative expenses of the kind specified in section 503(b) or 507(b) of this title". 11 U.S.C. § 364(c)(1). Given the Debtors' lack of operations and cash flow as of the Petition Date as well as the emergency nature of the filing of these cases, the Debtors were not able to obtain financing from any other source on an emergency basis in order to fund the preparation of the chapter 11 cases as well as commitment to fund ongoing legal fees and expenses of the chapter 11 cases. The Lender, however, which is controlled by a member of BION's board of directors, has agreed to fund the Postpetition Advances on the condition that it be granted an administrative expense with priority over all other administrative expenses (except chapter 11 professionals and US Trustee

5

fees) for all amounts advanced. Additionally, the Lender is not charging interest on the Advances or otherwise subjecting the Debtor to any onerous terms that are typically required from traditional debtor-in-possession lenders. Without the Advances, the Debtors would be unable to obtain counsel for their chapter 11 cases. Thus, under the circumstances, the Debtors believe the proposed financing is in the best interests of the Debtors, creditors, and all parties in interest.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via U.S. Mail and electronic mail upon the parties on the attached service list this 4th day of December 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for Debtor In Possesion*
501 Brickell Key Drive, Suite 300
Miami, FL 33131
T. 305.722.2002    F. 305.722.2001
www.ecclegal.com

By: _____
Robert Charbonneau, Esq.
Florida Bar No:
rpc@ecclegal.com
Matthew A. Petrie
Florida Bar No. 44770
map@ecclegal.com

| | | |
|---|---|---|
| AFS/IBEX<br>PO Box 650786<br>Dallas, TX 75265-0786 | AMCREF Communtiy Capital, LLC<br>4118 Magazine Street<br>New Orleans, LA 70115-2751 | Adam Friedman Associates, LLC<br>28 West 44th Street<br>New York, NY 10036-7402 |
| Allister Batchen<br>PO Box 2057<br>Jupiter, FL 33468-2057 | Annon Consulting, Inc.<br>c/o [E-Mail]<br>Suite 355<br>Boca Raton, FL 33431-8548 | BGroup, LLC<br>400 S. Ocean Blvd. #405<br>Palm Beach, FL 33480-4469 |
| Baker & O'Brien<br>12001 N. Central Expressway<br>Suite 1200<br>Dallas, TX 75243-3850 | Broad & Cassel<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | Broadridge ICS<br>PO Box 416423<br>Boston, MA 02241-6423 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Carlos Contreras<br>1045 Ibis Avenue<br>Miami, FL 33166-3213 | Carr, Riggs & Ingram, LLC<br>1713 Mahan Drive<br>Tallahassee, FL 32308-1219 |
| Comcast<br>PO Box 105184<br>Atlanta, GA 30348-5184 | DCR Network, LLC<br>5220 NW 72 Avenue<br>Suite 11<br>Miami, FL 33166-4858 | DEX Imaging<br>PO Box 17299<br>Clearwater, FL 33762-0299 |
| Devine Goodman Rasco, PA<br>2800 Ponce De Leon Blvd.<br>#1400<br>Miami, FL 33134-6921 | Discount EDGAR<br>125 Wolf Road, Suite 315<br>Albany, NY 12205-1221 | Ernesto Iznaga<br>[E-Mail] |
| Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | Florida Departement of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-0110 | Florida Department of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Focused Accounting Solutions<br>289 Berenger Walk<br>Wellington, FL 33414-4347 | Frederick M. Lehrer, PA<br>Frederick M. Lehrer, Esq.<br>285 Uptown Rd, 402<br>Altamonte Springs, FL 32701-3499 | Fredy Pedroza<br>3970 NW 177 Street<br>Opa Locka, FL 33055-3854 |
| Gable Gotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4279 | Gene Hudson Partners Inc.<br>71 Humbervale Boulevard<br>Etobicoke, Ontario, Canada<br>M8Y 3P5 | Glenn's Greenery<br>10900 SW 48th Street<br>Fort Lauderdale, FL 33328-3210 |
| Holland & Knight<br>PO Box 884084<br>Orlando, FL 32886-0001 | Honorable Anne M. Gannon, CFC<br>Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346preferred |

J. Steven Southwell, PA
PO Box 1748
Wauchula, FL 33873-1748

Jackson & Jackson
111 Founders Drive, Suite 400
Baton Rouge, LA 70810-8959

James Clavijo
1919 Van Buren Street, Suite 403
Hollywood, Florida 33020

Kaufman Rossin & Co
2699 S. Bayshore Drive
Miami, FL 33133-5486

Kimley-Horn and Associates, Inc.
PO Box 932520
Atlanta, GA 31193-2520

Legal & Compliance, LLC
330 Clematis Street #217
West Palm Beach, FL 33401-4602

Lesley Hollenbeck
4122 Parkside Drive
Jupiter, FL 33458-8701

Lucas Granillo Ocampo
Av. Del Libertador 498, 23 Piso
Ciudad de Buenos Aires
Argentina
Argentina

Mallah Furman, CPA
Joe S. Berkovits
6700 Andrews Avenue, Suite 404
Fort Lauderdale, FL 33309-2165

Marlins Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Miami Dade County Tax Collector
140 W. Flagler St
#1403
Miami, FL 33130-1561

NABUCCO Consulting
400 S Ocean Blvd., #405
Palm Beach, FL 33480-4469

New Jersey Division of Revenue
Attn: Annual Report Review Unit
PO Box 302
Trenton, NJ 08646-0302

Office Max
PO Box 101705
Atlanta, GA 30392-1705

Office of the US Trustee
[CM/ECF]
Miami, FL 33130-1614

Old Monmouth Stock Transfer Co., Inc.
200 Memorial Pkwy
Atlantic Highlands, NJ 07716-1655

PC LAN Techs
325 S. Olive Ave.
West Palm Beach, FL 33401-5619

Paychex TPS
301 N. Cattlemen Road, Suite 205
Sarasota, FL 34232-6437

Pentant, LLC
[E-Mail]
Stamford, CT 06901-2216

Polsinelli
100 South Fourth Street
Suite 1000
Saint Louis, MO 63102-1825

Microsoft
One Microsoft Way
Redmond WA 98052

Renew Energy
[E-Mail]
Denmark

Robert Friedman
Olympic 1401 Elm Associates, LLC
1505 Federal Street
Dallas, TX 75201-3487

Ron Fussman
[E-Mail]

Smart Choice, CPA
Jorge Coto
3721 SW 133 Place
Miami, FL 33175-6938

Todojama, LLC
[E-Mail]
Miami FL 33100

Todojama, LLC
[E-Mail]

U.S. Securities and Exchange Commission
100 F Street
Washington, DC 20549-2001

U.S. Securities and Exchange Commission
Miami Regional Office
801 Brickell Avenue, Suite 1800
Atten: Eric I. Bustillo, Regio

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

| | | |
|---|---|---|
| Wolin Associates<br>420 S. Marion Pkwy Suite 1402<br>Denver, CO 80209-2549 | Jacqueline Calderin Esq.<br>CM/ECF | Nicole M Grimal<br>CM/ECF |
| AMCREF Fund XXI, LLC<br>c/o AMCREF Communtiy Capital, LLC<br>4118 Magazine Street<br>New Orleans, LA 70115-2751 | Internal Revenue Service<br>7850 SW 6 Court<br>Mail Stop 5730<br>Fort Lauderdale, FL 33324 | Florida Power & Light<br>General Mail Facility<br>Miami, Florida 33188-0001 |
| Secretary of the State<br>Uniform Commercial Code<br>1019 Brazos<br>Austin, TX 78701-2413 | Delaware Entity<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | Community & Southern Bank<br>3333 Riverwood Pkwy SE<br>Suite 350<br>Atlanta, GA 30339-3304 |
| Enhanced Capital New Market Dev.<br>c/o Enhanced Community Dev., LLC<br>201 St. Charles Avenue, Suite 3700<br>New Orleans, LA 70170-3700 | John B. Hutton III, Esq.<br>GREENBERG TRAURIG, P.A.<br>E-Mail<br>Miami, FL 33131 | John R. Dodd, Esq.<br>GREENBERG TRAURIG, P.A.<br>E-Mail<br>Miami, FL 33131 |
| Taylor County Development Authority<br>Attn: Scott Frederick<br>103 E. Ellis St. Perry, Florida 32348 | World Global Financing, Inc.<br>141 NE 3rd Ave, Floor 12<br>Miami FL 33132 | XOffices<br>8300 NW 53rd Street<br>Suite 350<br>Miami FL 33166 |
| Ernesto Iznaga<br>147 Key Lane<br>Jupiter, FL 33477<br>E-Mail | | |