

ORDERED in the Southern District of Florida on December 28, 2015.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*
**BIONITROGEN HOLDINGS, CORP** *et al.*          Chapter 11

                                        Case No 15-29505-RAM
                                        Case No 15-29507-RAM
                                        Case No 15-29509-RAM
                                        Case No 15-29511-RAM
                                        Case No 15-29512-RAM
                                        Case No 15-29513-RAM
                                        Case No 15-29515-RAM

   **Debtors.**                        /          **(Jointly Administered)**

**INTERIM ORDER GRANTING IN PART DEBTORS' EMERGENCY MOTION TO (I) AUTHORIZE BIONITROGEN PLANT FL TAYLOR, LLC. TO PROVIDE POSTPETITION FINANCING TO BIONITROGEN HOLDINGS, CORP., (II) GRANTING BIONITROGEN PLANT FL TAYLOR, LLC. A SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 364(c)(1) AND 503(b)(1),** *NUNC PRO TUNC* **TO THE DATE(S) OF BORROWING AND <u>SETTING FINAL HEARING</u>**

*MIA 185034113v3*

**THIS MATTER** came before the Court on Thursday, December 17, 2015 at 1:30 p.m. (the "Hearing") upon BioNitrogen Corporation,[1] ("BioNitro"), along with its affiliated jointly administered debtors in possession (collectively, the "Debtors"), *Emergency Motion to (I) Authorize BioNitrogen Plant FL Taylor, LLC to Provide Postpetition Financing to BioNitrogen Holdings, Corp. and (II) Granting BioNitrogen Plant FL Taylor, LLC A Superpriority Administrative Expense Claim Under 11 U.S.C. § 364(C)(1) and 503(B)(1), nun pro tunic to the Date(s) of Borrowing* [ECF# 58] (the "Motion")[2] filed pursuant to Sections 105(a) and 363(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and upon the objections filed respectively by Annon Consulting, Inc. [ECF# 73] and the City of Perry [ECF #70] (together with Anon Consulting, Inc.'s objection, the "Objections").  The Court, having reviewed the Motion, having heard the statements and modifications presented by counsel on the record at the Hearing, finding that notice to all interested parties has been property effectuated, and finding good cause to grant the Motion does **ORDER** that:

1. The Motion is **GRANTED in part**.

2. The Objections are SUSTAINED IN PART and OVERRULED IN PART.

3. The Debtor is authorized to borrow, *nun pro tunc* to the Petition Date, the sum of $40,000.00 (the "Facility") from BION Taylor for the purpose of funding the following necessary monthly expenses of the Debtors through and including January 31, 2016 and for payment of UST fees and Clerk of Court fees, which shall be paid without further Order of Court:

---

[1] The Debtors include (i) BION, (ii) Bio-SNG Technologies International Corp. ("Bio-SNG"); (iii) 4A Technologies, LLC, (iv) BioNitrogen Plant FL Hendry, LLC, (v) Hendry BN Construction & Fertilizer Services, LLC, (vi) BioNitrogen Florida Holdings, LLC, and (vii) BioNitrogen Plant FL Taylor, LLC. The Debtors' cases are being jointly administered. [ECF #8].

[2] Any and all capitalized terms not expressly defined herein shall bear the meaning ascribed to them in the Motion.

> Rent - $1,800/month
> D&O Premium - $3,625.28/month[4]
> Salary (Fredy Pedroza) $8,000.00/month
> Medical Insurance $1,000.00/month
> Telephone $300/month
> Office 365 email server $250/month

4. The BION Taylor is granted a super priority administrative expense in each of the jointly administered cases, but excluding 4A Technologies, Inc.[3], for the full amount of any draw on the Facility, except that payment of UST Fees and fees due the Clerk of Court shall be senior to and carved out of the super priority administrative expense.

5. A Final hearing on the Motion will be held on January 21, 2016 at 2:30 p.m. at 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

6. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
Jacqueline Calderín, Esq.
jc@ecclegal.com
EHRENSTEIN CHARBONNEAU CALDERIN
Attorneys for the Joint Debtors
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

Copies to:
Attorney Calderin, who is directed to serve a conforming copy herein upon all interested parties.

---

[3] For avoidance of doubt, the Motion is denied solely as to 4A Technologies. 4A Technologies, LLC is not a party to the loan transaction subject of this Order and the Motion. As such, none of 4A Technologies, LLC's assets shall be deemed to serve as collateral securing the subject financing, nor shall any claims resulting from the subject loan transaction be allowed against the estate of 4A Technologies, LLC.

*MIA 185034113v3*