UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BIONITROGEN HOLDINGS, CORP., *et al.*, | Case No. 15-29505-BKC-RAM |
| | Case No. 15-29507-BKC-RAM |
| Debtors. | Case No. 15-29509-BKC-RAM |
| | Case No. 15-29511-BKC-RAM |
| | Case No. 15-29512-BKC-RAM |
| | Case No. 15-29513-BKC-RAM |
| | Case No. 15-29515-BKC-RAM |
| | (Jointly Administered) |
| _____/ | |

**JOINT MOTION FOR APPROVAL OF AGREEMENT BETWEEN THE DEBTORS AND ANNON CONSULTING, INC. TO MODIFY THE AUTOMATIC STAY**

> **Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

The above-captioned debtors and debtors in possession (the "**Debtors**") and Annon Consulting, Inc. ("**Annon**") jointly move, pursuant to section 362(d) of the Bankruptcy Code, Rule 4001(d) of the Federal Rules of Bankruptcy Procedure, and Local Rule 4001-1, for entry of an Order approving the agreement between the Debtors and Annon to permit the Debtors to prosecute and Annon to defend the appeal styled *BioNitrogen Holdings Corp., et al. v. Annon Consulting, Inc.*, No. 15-15263 (11th Cir.) (the "**Appeal**") *nunc pro tunc* to November 20, 2015. In support of this motion (the "**Motion**"), the Debtors and Annon state:

Before the commencement of the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), the United States District Court for the Southern District of Florida entered judgment in favor of Annon and against certain of the Debtors in a civil action styled *Annon Consulting, Inc.*

*v. BioNitrogen Holdings Corp., et al.*, No. 9:15-cv-80088-KLR (S.D. Fla.) (the "**Foreclosure Action**"). After the commencement of the Chapter 11 Cases, on November 20, 2015, the Debtors filed a notice of appeal in the Foreclosure Action appealing Annon's judgment and commencing the Appeal.

Courts have held that a debtor's appeal of an adverse order violates the stay under section 362(a)(1) of the Bankruptcy Code. *See* Paul Avron, *Does the Automatic Stay Apply to Appeals Being Prosecuted by Debtor of Adverse an Order*, 31-FEB Am. Bankr. Inst. J. 22 (2012) (citing cases and describing their reasoning being that the appeal is a continuation of the underlying civil action against the debtor). To avoid uncertainty concerning the status of the Appeal and to promote judicial economy and conservation of the parties' resources, the Debtors and Annon have agreed to modify the automatic stay *nunc pro tunc* to November 20, 2015, the date of the filing of the notice of appeal, to permit the Debtors to prosecute and Annon to defend the Appeal. A proposed form of order is attached as **Exhibit** "**A**" hereto.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors and Annon respectfully request the entry of an Order granting the Motion and modifying the automatic stay to permit the Debtors to prosecute and Annon to defend the Appeal.

| | |
|---|---|
| Dated: January 11, 2016 | Respectfully submitted, |
| EHRENSTEIN CHARBONNEAU CALDERIN | GREENBERG TRAURIG, P.A. |
| */s/ Robert P. Charbonneau* | */s/ John R. Dodd* |
| Robert P. Charbonneau | John B. Hutton, III |
| Florida Bar No. 968234 | Florida Bar No. 902160 |
| rpc@ecclegal.com | huttonj@gtlaw.com |
| Jacqueline Calderin | John R. Dodd |
| Florida Bar No. 134414 | Florida Bar No. 38091 |
| jc@ecclegal.com | doddj@gtlaw.com |
| 501 Brickell Key Drive, Suite 300 | 333 S.E. 2nd Avenue |
| Miami, FL 33131 | Suite 4400 |
| Telephone: 305-722-2002 | Miami, FL 33131 |
| Facsimile: 305-722-2001 | Telephone: 305-579-0500 |
| | Facsimile: 305-579-0717 |
| *Counsel for the Debtors* | *Counsel for Annon Consulting, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. Mail, postage prepaid, on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 */s/ John R. Dodd*
                                                  John R. Dodd

**Electronic Mail Notice List**

- Jacqueline Calderin    jc@ecclegal.com, bankruptcy@ecclegal.com; nsocorro@ecclegal.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com; bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- Nicole M Grimal    ng@ecclegal.com, nsocorro@ecclegal.com; bankruptcy@ecclegal.com;ngh@ecf.inforuptcy.com
- Katie B Hinton    katie@mcintyrefirm.com, sandy@mcintyrefirm.com; meaghan@mintyrefirm.com
- John B. Hutton III    huttonj@gtlaw.com, mialitdock@gtlaw.com; miaecfbky@gtlaw.com
- Jennifer B. Kimble    jkimble@rumberger.com
- Joshua D Lerner    jlerner@rumberger.com, nsawyer@rumberger.com; nsmith@rumberger.com;docketingmiami@rumberger.com;jlernersecy@rumberger.com
- Orfelia M Mayor    omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Richard J McIntyre    rich@mcintyrefirm.com, Nichola@mcintyrefirm.com; sandy@mcintyrefirm.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Matthew A Petrie    map@ecclegal.com, nsocorro@ecclegal.com; bankruptcy@ecclegal.com;map@ecf.inforuptcy.com; bankruptcy.ecc@ecf.courtdrive.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- Michael B Stevens    mbs@derreverelaw.com
- R Scott Williams    swilliams@rumberger.com, docketingorlando@rumberger.com; swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumberger.com; mbarnette@rumberger.com

**Manual Notice List**

| | | |
|---|---|---|
| 4A Technologies, LLC<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 | BIO-SNG Technologies<br>International Corp.<br>8300 NW 53 Street, Suite 350<br>Miami, FL 33166-7712 | BioNitrogen Florida Holdings, LLC<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 |
| BioNitrogen Holdings, Corp.<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 | BioNitrogen Plant FL Hendry, LLC<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 | BioNitrogen Plant FL Taylor, LLC<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 |
| Broad & Cassel<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | Hendry BN Construction<br>& Fertilizer Services<br>8300 NW 53 Street<br>Suite 350<br>Miami, FL 33166-7712 | Baker & O'Brien<br>12001 N. Central Expressway<br>Suite 1200<br>Dallas, TX 75243-3850 |
| Carlos Contreras<br>1045 Ibis Avenue<br>Miami, FL 33166-3213 | AMCREF Community Capital, LLC<br>4118 Magazine Street<br>New Orleans, LA 70115-2751 | Gene Hudson Partners Inc.<br>71 Humbervale Boulevard<br>Etobicoke, Ontario, Canada<br>M8Y 3P5 |
| DCR Network, LLC<br>5220 NW 72 Avenue<br>Suite 11<br>Miami, FL 33166-4858 | BGroup, LLC<br>400 S. Ocean Blvd. #405<br>Palm Beach, FL 33480-4469 | Kaufman Rossin & Co<br>2699 S. Bayshore Drive<br>Miami, FL 33133-5486 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ernesto Iznaga<br>147 Key Lane<br>Jupiter, FL 33477-7350 | Pentant, LLC<br>1055 Washington Blvd<br>First Floor Stamford<br>Stamford, CT 06901-2216 |
| Kimley-Horn and Associates, Inc.<br>PO Box 932520<br>Atlanta, GA 31193-2520 | Jesse Schneider<br>Adam Friedman Associates, LLC<br>28 West 44th Street<br>New York, NY 10036-7402 | Renew Energy<br>KULLINGGADE 31E<br>DK-5700 SVENDBORG<br>Denmark |
| Lucas Granillo Ocampo<br>Av. Del Libertador 498, 23 Piso<br>Ciudad de Buenos Aires<br>Argentina<br>Argentina | NABUCCO Consulting<br>400 S Ocean Blvd., #405<br>Palm Beach, FL 33480-4469 | Todojama, LLC<br>1281 Meadow Lark Ave.<br>Miami, FL 33166-3109 |

Polsinelli
100 South Fourth Street
Suite 1000
Saint Louis, MO 63102-1825

Ron Fussman
Olympic 1401 Elm Associates, LLC
1505 Federal Street
Dallas, TX 75201-3487

Community & Southern Bank
3333 Riverwood Pkwy SE
Suite 350
Atlanta, GA 30339-3304

AMCREF Fund XXI, LLC
AMCREF Community Capital, LLC
4118 Magazine Street
New Orleans, LA 70115-2751

The Xavier Group
PO Box 970498
Pompano Beach, FL 33097-0498

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Annon Consulting, Inc.
c/o Cahen Law, P.A.
1900 Glades Road, Suite 355 Boca Raton, FL 33431

Enhanced Capital New Market Development
c/o Enhanced Community Development, LLC
201 St. Charles Avenue, Suite 3700
New Orleans, LA 70170-3700

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Weekley Three Clewiston, LLC
Attn: Dan Weekley
20701 Stirling Road
Fort Lauderdale, FL 33332-1513

6

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| BIONITROGEN HOLDINGS, CORP., *et al.*, | Case No. 15-29505-BKC-RAM |
| | Case No. 15-29507-BKC-RAM |
| Debtors. | Case No. 15-29509-BKC-RAM |
| | Case No. 15-29511-BKC-RAM |
| | Case No. 15-29512-BKC-RAM |
| | Case No. 15-29513-BKC-RAM |
| | Case No. 15-29515-BKC-RAM |
| | |
| | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF AGREEMENT BETWEEN THE DEBTORS AND
ANNON CONSULTING, INC. TO MODIFY THE AUTOMATIC STAY**

THIS MATTER came before the Court without a hearing on the *Joint Motion for*

*Approval of Agreement Between the Debtors and Annon Consulting, Inc. to Modify the*

**EXHIBIT A**

*Automatic Stay* [ECF No. ___] (the "**Motion**") filed jointly by the above-captioned debtors and debtors in possession (the "**Debtors**") and Annon Consulting, Inc. ("**Annon**").

Upon consideration of the Motion and the record in these chapter 11 cases, and the movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, the Court finds that the requirements of section 362(d) of the Bankruptcy Code, Fed.R.Bankr.P. 4001(d) and Local Rule 4001-1 have been satisfied and that good and sufficient cause exists to grant the Motion.

Accordingly, it is—

**ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  The automatic stay under section 362(a) of the Bankruptcy Code is modified *nunc pro tunc* to November 20, 2015 to permit the Debtors to commence and prosecute, and to permit Annon to defend, the appeal styled *BioNitrogen Holdings Corp., et al. v. Annon Consulting, Inc.*, No. 15-15263 (11th Cir.).

3.  The Court retains jurisdiction to construe, interpret and enforce this Order.

# # #

<u>Submitted by</u>:
John R. Dodd
doddj@gtlaw.com
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717
(*Mr. Dodd is directed to serve a conformed copy of this Order on the service parties set forth in Fed.R.Bankr.P. 4001(d)(1)(C) and Local Rule 4001-1(A) and file a certificate of service.*)