

**ORDERED in the Southern District of Florida on January 26, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BIONITROGEN HOLDINGS, CORP., *et al.*, | Case No. 15-29505-BKC-RAM |
| | Case No. 15-29507-BKC-RAM |
| Debtors. | Case No. 15-29509-BKC-RAM |
| | Case No. 15-29511-BKC-RAM |
| | Case No. 15-29512-BKC-RAM |
| | Case No. 15-29513-BKC-RAM |
| | Case No. 15-29515-BKC-RAM |
| | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF AGREEMENT BETWEEN THE DEBTORS AND
ANNON CONSULTING, INC. TO MODIFY THE AUTOMATIC STAY**

THIS MATTER came before the Court without a hearing on the *Joint Motion for*

*Approval of Agreement Between the Debtors and Annon Consulting, Inc. to Modify the*

*Automatic Stay* [ECF No. 100] (the "**Motion**") filed jointly by the above-captioned debtors and debtors in possession (the "**Debtors**") and Annon Consulting, Inc. ("**Annon**").

Upon consideration of the Motion and the record in these chapter 11 cases, and the movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, the Court finds that the requirements of section 362(d) of the Bankruptcy Code, Fed.R.Bankr.P. 4001(d) and Local Rule 4001-1 have been satisfied and that good and sufficient cause exists to grant the Motion.

Accordingly, it is—

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The automatic stay under section 362(a) of the Bankruptcy Code is modified *nunc pro tunc* to November 20, 2015 to permit the Debtors to commence and prosecute, and to permit Annon to defend, the appeal styled *BioNitrogen Holdings Corp., et al. v. Annon Consulting, Inc.*, No. 15-15263 (11th Cir.).

3. The Court retains jurisdiction to construe, interpret and enforce this Order.

# # #

Submitted by:
John R. Dodd
doddj@gtlaw.com
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717

(*Mr. Dodd is directed to serve a conformed copy of this Order on the service parties set forth in Fed.R.Bankr.P. 4001(d)(1)(C) and Local Rule 4001-1(A) and file a certificate of service.*)