

**ORDERED in the Southern District of Florida on January 27, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*
**BIONITROGEN HOLDINGS, CORP** *et al*.          **Chapter 11**

                                         **Case No 15-29505-RAM**
                                         **Case No 15-29507-RAM**
                                         **Case No 15-29509-RAM**
                                         **Case No 15-29511-RAM**
                                         **Case No 15-29512-RAM**
                                         **Case No 15-29513-RAM**
                                         **Case No 15-29515-RAM**

   **Debtors.**                   /       **(Jointly Administered)**

**FINAL ORDER GRANTING DEBTORS' MOTION TO (I) AUTHORIZE THE DEBTORS TO OBTAIN POSTPETITION FINANCING, *NUNC PRO TUNC* TO THE DATE OF BORROWING, AND (II) GRANTING THE LENDER A SUPERPRIORITY ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. § 364(c)(1)**

**THIS MATTER** came before the Court for hearing on Thursday, December 17, 2015 at 1:30 p.m. and again on Thursday, January 21, 2016 at 2:30 p.m. (together the "Hearing") upon

BioNitrogen Corporation's,[1] ("BioNitro), along with its affiliated jointly administered debtors in possession (collectively, the "Debtors"), *Debtors' Motion to (I) Authorize the Debtors to Obtain Postpetition Financing, Nunc Pro Tunc to the Date of Borrowing, and (II) Granting the Lender a Superpriority Administrative Expense Under 11 U.S.C. § 364(C)(1)* [ECF# 51] (the "Motion")[2] filed pursuant to Sections 105(a) and 363(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and upon the objection filed by Annon Consulting, Inc. [ECF# 73] (the "Objection").  The Court, having reviewed the Motion, having heard the statements and modifications presented by counsel on the record at the Hearing, finding that notice to all interested parties has been property effectuated, and finding good cause to grant the Motion does **ORDER** that:

1. The Motion is **GRANTED** as provided herein on a **FINAL** basis.

2. The Objection is SUSTAINED IN PART and OVERRULED IN PART. Based upon the Concessions announced on the record in respect of the Objection, the Objection is overruled. However, as stated on the record, the Court will consider a timely filed motion for reconsideration by the UST, and any cases presented or cited to, for purposes of a disinterestedness analysis under the Motion.

3. Pentant is granted a super priority administrative expense in the total amount of $45,581.00[3] in each of the jointly administered cases, excluding 4A Technologies, Inc.,[4]

---

[1] The Debtors include (i) BION, (ii) Bio-SNG Technologies International Corp. ("Bio-SNG"); (iii) 4A Technologies, LLC, (iv) BioNitrogen Plant FL Hendry, LLC, (v) Hendry BN Construction & Fertilizer Services, LLC, (vi) BioNitrogen Florida Holdings, LLC, and (vii) BioNitrogen Plant FL Taylor, LLC. The Debtors' cases are being jointly administered. [ECF #8].

[2] Any and all capitalized terms not expressly defined herein shall bear the meaning ascribed to them in the Motion.

[3] To be paid by the Debtors', but only once.

[4] For avoidance of doubt, the Motion is denied solely as to 4A Technologies, LLC, 4A Technologies, LLC is not a party to the loan transaction subject of this Order and the Motion.  As such, none of 4A Technologies, LLC's assets shall be deemed to serve as collateral securing the subject financing, nor shall any claims resulting from the subject loan transaction be allowed against the estate of 4A Technologies, LLC.

subordinate only to the payment of UST fees and Clerk of Court fees in an amount equal to the Debtors' total aggregate borrowings.

4. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
Robert P. Charbonneau, Esq.
rpc@ecclegal.com
EHRENSTEIN CHARBONNEAU CALDERIN
Attorneys for the Joint Debtors
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002    F. 305.722.2001
www.ecclegal.com

Copies to:
Attorney Charbonneau, who is directed to serve a conforming copy herein upon all interested parties.